Mario Quintanilla #1892523
Byrd Unit
21. F.M. 247
Huntsville Tx. 77320

5-28-15
81,156-01,02
RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 01 2015
Abel Acosta, Clerk

RE: Writ of Mandamus And
Writ of Habeas Corpus # 139

Dear Mr. Acosta, this short letter is to notify the court of my change of address. I am temporary assigned to the Byrd Unit, await an assigned Unit I will notify the court of my new assigned Unit A.S.A.P.

I may also be released on parole but I'll still notify the Courts regardless.

I still have not received any response concerning my Writ from my trial court. Its been 8 months since it was filed.

Thank you for your time

Sincerely,

Mario Quintanilla